190 So. 920

**Jeff CORBIN v. STATE.**

**7 Div. 471.**

Court of Appeals of Alabama.

June 30, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed by appellant.

192 So. 912

**E. W. CORSEY, alias Cousey, v. STATE.**

**I Div. 340.**

Court of Appeals of Alabama.

Nov. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.

196 So. 900

**A. H. COST, Jr., v. STATE.**

**7 Div. 510.**

Court of Appeals of Alabama.

June 4, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

199 So. 908

**Jim COTHRUM v. STATE.**

**8 Div. 61.**

Court of Appeals of Alabama.

Nov. 26, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

198 So. 875

**D. O. (alias Doxie) COX v. STATE.**

**8 Div. 797.**

Court of Appeals of Alabama.

Oct. 29, 1940.

Fred S. Parnell, of Florence, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

193 So. 885

**Jesse CROOK v. STATE.**

**7 Div. 543.**

Court of Appeals of Alabama.

Jan. 30, 1940.

E. W. Harmon, of Anniston, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.